**Order entered February 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00423-CR

### QUONSHA MURPHY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1875431-S**

## ORDER

Before the Court is the State's February 24, 2020 motion for extension of time to file its tendered brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    DAVID J. SCHENCK
          PRESIDING JUSTICE